# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Directors of The Ohio Conference of Plasterers & Cement Masons Combined Funds, Inc,
*Plaintiff*

v.

LMS Construction, Inc.,
*Defendant*

Civil Action No. 2:21-cv-864

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order Filed 6/21/2021. The Court GRANTS ECF No. [7] Plaintiff's Motion for Default Judgment. This action is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 06/21/2021

CLERK OF COURT

_Christi M. Wenn_
Signature of Clerk or Deputy Clerk